# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2019

## NO. 03-18-00545-CV

**Marlonia Ivy, Appellant**

**v.**

**Victor Garcia and Wanda Garcia, Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
## REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on July 30, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses that portion of the trial court's judgment dismissing appellant's claims for DTPA violations, fraud, and misrepresentation and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.